## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 690 MAL 2014
:
               Respondent : 
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
JEFFREY STEPHENS, :
:
               Petitioner :


## ORDER


**PER CURIAM**

     **AND NOW**, this 30th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.